UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
AUGUST 5, 2025 SESSION

**FILED**

**AUG 5 2025**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:25-cr-135

18 U.S.C. § 2113(a)
18 U.S.C. § 2113(d)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 924(c)
18 U.S.C. § 751(a)

BRIAN LEE CORBETT

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about April 3, 2025, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN LEE CORBETT did knowingly and intentionally, by force, violence, and intimidation, take from the person and presence of another, money in the approximate sum of $13,377.10, belonging to and in the care, custody, control, management, and possession of United Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC), and in committing such offense, defendant BRIAN LEE CORBETT did assault and put in jeopardy the life of another person by the use of a

dangerous weapon, that is, a Lorcin Engineering, model L9, 9mm-caliber pistol.

In violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO

1.    On or about April 3, 2025, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN LEE CORBETT did knowingly possess a firearm, that is, a Lorcin Engineering, model L9, 9mm-caliber pistol, in and affecting interstate commerce.

2.    At the time defendant BRIAN LEE CORBETT possessed the aforesaid firearm, he knew he had been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year as defined in 18 U.S.C. § 921(a)(20), and each of which was a qualifying offense under 18 U.S.C. § 924(e)(2) committed on occasions different from one another:

a. Convicted on or about January 5, 1994, in the Circuit Court of Logan County, West Virginia, of aggravated robbery, in violation of W. Va. Code § 61-2-12;

b. Convicted on or about June 21, 2004, in the United States District Court for the Southern District of West Virginia, of conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846; and

c. Convicted on or about May 19, 2010, in the United States District Court for the Southern District of West Virginia, of aggravated bank robbery, in violation of 18 U.S.C. § 2113(a) and (d).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT THREE

On or about April 3, 2025, at or near Logan, Logan County, West Virginia, within the Southern District of West Virginia, defendant BRIAN LEE CORBETT did knowingly use, carry, and brandish a firearm, that is, a Lorcin Engineering, model L9, 9mm-caliber pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, aggravated bank robbery, in violation of 18 U.S.C. § 2113(a) and (d).

In violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

On or about April 3, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN LEE CORBETT did knowingly escape from custody at Dismas Charities, Inc., an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of West Virginia upon conviction for the commission of aggravated bank robbery, in violation of 18 U.S.C. § 2113(a) and (d).

In violation of Title 18, United States Code, Section 751(a).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), 28 U.S.C. 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in violation of 18 U.S.C. § 2113(a) and (d) as contained in Count One of the Indictment, defendant BRIAN LEE CORBETT shall forfeit to the United States of America, pursuant to 18 U.S.C. §§ 924 and 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, involved in such offense or which constitutes or is derived from proceeds traceable to the offense.

Pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(e), as contained in Count Two of this Indictment, or upon conviction of an offense in violation of 18 U.S.C. § 924(c), as contained in Count Three of this Indictment, defendant BRIAN LEE CORBETT shall forfeit to the United States of America any property, real or personal, involved in such offense or which constitutes or is derived from proceeds traceable to the offense.

The property to be forfeited includes, but is not limited to:

a.    A Lorcin Engineering, model L9, 9mm-caliber pistol bearing serial no. L111078;

b.    $12,094.00 in United States Currency; and

c.    a money judgment in the amount of at least $1283.10, such amount constituting the proceeds of the violations set forth in this indictment regarding BRIAN LEE CORBETT.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
LESLEY SHAMBLIN
Assistant United States Attorney